**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

REGINA FAKNER,

           Plaintiff,

v.                                    Case No:  6:18-cv-247-Orl-40KRS

COMMISSIONER OF SOCIAL
SECURITY,

           Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Complaint seeking review of the final decision of the Commissioner of Social Security denying her claim for social security benefits (Doc. 1) filed on February 20, 2018. The United States Magistrate Judge has submitted a report recommending that the motion affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed November 21, 2018 (Doc. 13), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The final decision of the Commissioner is **AFFIRMED**.

3.     The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 6, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties